DAVID A. TANNER, Esq.
Nevada Bar No. 8282
**TANNER LAW FIRM**
8635 S. Eastern Ave.
Las Vegas, NV 89123
Telephone (702) 987-8888
Facsimile (702) 410-8070
david@tannerlawfirm.com

*Attorney for Plaintiff*

UNITED STATED DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN REILLY, | CASE NO. 2:17-cv-02288-APG-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO AMEND COMPLAINT AND CAPTION AND TO FILE FIRST AMENDED COMPLAINT** |
| 7-ELEVEN, INC., a foreign corporation; DOES I through X; and ROE ENTITIES I through X, | |
| Defendants. | |

**STIPULATION AND ORDER TO AMEND COMPLAINT AND CAPTION AND TO FILE FIRST AMENDED COMPLAINT**

COME NOW, Plaintiff CHRISTIAN REILLY, by and through his attorney, DAVID A. TANNER, Esq. of the TANNER LAW FIRM; and Defendant, 7-ELEVEN, INC. by and through its attorney, JACK P. BURDEN, Esq. of BACKUS, CARRANZA & BURDEN, and hereby stipulate and agree as follows.

1

WHEREAS, Plaintiff intended to sue the owners, operators, and manager of the 7-Eleven store where he was located at the time of her fall;

WHEREAS, AMARJEET S. MAROKE, a Nevada resident, was the franchisee that owned, operated, and maintained the subject 7-Eleven store where Plaintiff fell;

WHEREAS, Defendant, 7-ELEVEN, INC., a foreign entity, did not have any involvement in the day-to-day operation of the subject 7-Eleven store (this based upon Defense counsel's representation);

IT IS HEREBY STIPULATED that 7-ELEVEN, INC. be dismissed from this case, without prejudice;

IT IS FURTHER STIPULATED that AMARJEET S. MAROKE will be included in this case as a Defendant;

IT IS FURTHER, STIPULATED that the Complaint and Caption be amended to reflect the dismissal of 7-ELEVEN, INC. and inclusion of AMARJEET S. MAROKE (a copy of the First Amended Complaint is attached hereto as Exhibit 1);

IT IS FURTHER STIPULATED that should discovery reveal that 7-ELEVEN, INC. had any involvement in this matter, will be called to testify at trial, or that it was wholly or partially responsible for Plaintiff's fall, the Plaintiff can bring 7-ELEVEN, INC. back into this case. If that happens, 7-ELEVEN, INC. inclusion in this case will relate back to the date of the Original Complaint for all purposes, including the statute of limitations;

...
...
...
...
...
...
...
...

IT IS FURTHER STIPULATED that the First Amended Complaint will relate back to the date of the original Complaint for all purposes, including the statute of limitations; and

By: */s/ David A. Tanner*
David A. Tanner, Esq.
Nevada Bar No. 8282
**TANNER LAW FIRM**
8635 S. Eastern Ave.
Las Vegas, NV 89123
Telephone (702) 834-8000
Facsimile (702) 834-8555

*Attorney for Plaintiff*

By: */s/ Jack P. Burden*
Jack P. Burden, Esq.
Nevada Bar No. 6918
**BACKUS CARRANZA & BURDEN**
3050 S. Durango Dr.
Las Vegas, NV 89117
Telephone (702) 872-5555
Facsimile (702) 872-5545

*Attorney for Defendant*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 14, 2017.

3